### 19065. ATKINSON *v.* DRAKE *et al.,* Executors.

DUCKWORTH, Chief Justice. Where the only equitable relief sought was an injunction against the obstruction or closing of a private way after the obstruction had been placed therein, the petition was subject to general demurrer, since there was an available remedy at law under Code § 83-119. *Haney* v. *Sheppard,* 207 *Ga.* 158 (60 S. E. 2d 453). Hence the amendment thereto, alleging that the plaintiff had removed the obstructions and the defendant "threatens to re-erect and unless restrained will re-erect and . . . close the driveway," fails to breathe life into the lifeless petition no matter how good a cause of action the amended petition might now allege as to the alleged threats. See Code §§ 81-1302, 81-1303. It follows that the court erred in overruling the general demurrer to the petition as amended.

*Judgment reversed. All the Justices concur.*

SUBMITTED SEPTEMBER 16, 1955—DECIDED OCTOBER 11, 1955—
REHEARING DENIED NOVEMBER 16, 1955.

*Vester M. Ownby,* for plaintiff in error.
*Harold Sheats,* contra.